UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Justin T. Quinn |
| | : | |
| v. | : | Mag. No. 25-6004 |
| | : | |
| JOHN MANGAN | : | **SEALING ORDER** |

This matter having been brought before the Court upon the application of Vikas Khanna, Acting United States Attorney for the District of New Jersey (Matthew J. Belgiovine, Assistant United States Attorney, appearing), for an order sealing the Complaint and Arrest Warrant issued on this date against John Mangan, and for good cause shown,

IT IS on this __10th__ day of February, 2025,

ORDERED that, except for such copies of the Arrest Warrant as are necessary to accomplish its purpose, the Complaint, Arrest Warrant, and this Order be and hereby are SEALED until the Arrest Warrant is executed or until further order of the Court. IT IS FURTHER ORDERED that, once the Arrest Warrant is executed, that the Complaint, Arrest Warrant, and this Order be and hereby are unsealed.

_____
HONORABLE JUSTIN T. QUINN
UNITED STATES MAGISTRATE JUDGE