UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Justin T. Quinn |
| v. | : | Mag. No. 25-6004 |
| JOHN MANGAN | : | **ORDER FOR CONTINUANCE** |

1. This matter came before the Court on the joint application of Alina Habba, United States Attorney for the District of New Jersey (Matthew J. Belgiovine, Assistant U.S. Attorney, appearing), and Defendant John Mangan (Suzanne Axel, Esq., appearing), for an order granting a continuance under 18 U.S.C. § 3161(h)(7)(A) through June 15, 2025.

2. This Court granted one § 3161(h)(7)(A) continuance previously in this case.

3. Counsel for the parties represented that this continuance is necessary for effective preparation and to permit the parties to resolve this case prior to indictment and thereby avoid a trial.

4. Counsel for the United States also represented that this continuance is necessary to prevent any more non-excludable days under § 3161(h) from expiring.

5. The defendant knows that he has the right under § 3161(b) to have this matter submitted to a grand jury within thirty days after his arrest.

6. The defendant, through counsel, has consented to this continuance.

- 2 -

7. FOR GOOD CAUSE, THIS COURT FINDS that this case should be continued for the following reasons:

a. The Parties have entered into a plea agreement, and a plea hearing is tentatively scheduled before the Honorable Michael A. Shipp, U.S.D.J., to be held on June 9, 2025.

b. Accordingly, the ends of justice served by granting the continuance and preventing any further non-excludable days from passing under § 3161(h) outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore:

ORDERED that this action is continued from May 2, 2025 through June 15, 2025; and it is further

ORDERED that those days are excluded in computing time under the Speedy Trial Act of 1974; and it is further

- 3 -

ORDERED that nothing in this Order or the application prompting it is a finding or representation that less than 31 non-excludable days under § 3161(h) have expired.

                                                          _____
                                                          HON. JUSTIN T. QUINN
                                                          United States Magistrate Judge

Dated: 5/2/2025

Form and entry consented to:


/s/ Matthew J. Belgiovine           /s/ Suzanne Axel    //mjb
Matthew J. Belgiovine               Suzanne Axel
Assistant U.S. Attorney              Counsel for John Mangan